IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| WAYNE ROCCAFORTE,<br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC.,<br>　　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:23-CV-338-N-BW |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1.　This action is DISMISSED without prejudice under Fed. R. Civ. P. 41(b) for failure to prosecute or follow orders of the Court.

2.　The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to the plaintiff.

**SO ORDERED**.

**SIGNED** on July 7, 2025.

_____
DAVID C. GODBEY
CHIEF UNITED STATES DISTRICT JUDGE